UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| CHLOELLA TONG, | : | CIVIL ACTION NO.:3:08 CV 00421 |
| INDIVIDUALLY AND IN HER | : | |
| CAPACITY AS EXECUTRIX OF THE | : | JUDGE RALPH E. TYSON |
| ESTATE FOR LAKSHMAN RAI | : | |
| | : | MAG. STEPHEN C. RIEDLINGER |
| VERSUS | : | |
| | : | JURY TRIAL REQUESTED |
| TITAN TRUCKS, INC., GREAT WEST | : | |
| CASUALTY CO. and MICHAEL ALAN | : | |
| MINTER | : | |

## ORDER

Considering the foregoing MOTION FOR AND JUDGMENT OF DISMISSAL WITH PREJUDICE:

It is hereby ordered, adjudged and decreed that the above entitled and numbered cause has been fully compromised with respect to all claims made by Plaintiff, Chloella Tong, Individually and in her Capacity as Executrix of the Estate of Lakshman Rai against TITAN TRUCKS, INC., GREAT WEST CASUALTY COMPANY, AND THE ESTATE OF MICHEL ALAN MINTER and should now be dismissed, with prejudice, with Defendants to bear the court costs. **All relevant parties stipulate that Chloella Tong is the common law wife of, and legal heir to, Lakshman Rai.**

Thus done, read and passed in Baton Rouge, Louisiana this 22nd day of October 2008.

_____
JUDGE